MSS Prob 12C
PACTS # 16874
(Rev 03/12)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



**F I L E D**

PACTS # 16874

Jan 23 2020

Arthur Johnston, Clerk

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Mississippi
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** David Brent Watters          **Docket No**. 1:12cr33-HSO-RHW-13

**Name of Sentencing Judicial Office**r:  Honorable Walter J. Gex III (On April 15, 2014, this case was reassigned to The Honorable Halil Suleyman Ozerden)

**Date of Original Sentence**: November 7, 2012

**Original Offense**:  Count 1: 18 U.S.C. §371 – Conspiracy to Commit Violations of Federal Firearms Laws
Count 30: 18 U.S.C. §922(a)(1)(A) – Engaging in Business of Selling Firearms without a License

**Original Sentence:** 60 months imprisonment on Count 1; 22 months imprisonment on Count 30 to run consecutively to each other for a total of 82 months, followed by a three year term of supervised release on each count to run concurrently. Ordered to pay special assessment in the amount of $200.00 and a fine in the amount of $10,000 at a rate of $150.00 per month. Special Conditions include: 1) financial release; 2) no new credit; 3) testing and/or treatment for alcohol/drug abuse; 4) search condition.

**Type of Supervision**: Supervised Release     **Date Supervision Commenced**: October 1, 2018

---

### PETITIONING THE COURT

This information to be released to U.S. Marshal Service, U.S. Attorney's Office and U.S. Probation only.

- ☒ **To issue a warrant**
- ☐ **To issue a summons**

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1) Mandatory Condition | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On August 14, 2019, the defendant tested positive for buprenorphine. The defendant admitted to the use of Suboxone. |
| 2) Mandatory Condition | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On August 29, 2019, the defendant submitted a urine screen which was lab confirmed to be positive for buprenorphine. |
| 3) Mandatory Condition | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On September 16, 2019, the |

Name of Offender: WATTERS, David Brent                Case Number: 1:12cr33-HSO-RHW-13

defendant tested positive for buprenorphine. Laboratory testing confirmed new usage.

4) Mandatory Condition — **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On September 20, 2019, the defendant tested positive for buprenorphine. The defendant denied new use. Laboratory testing confirmed new usage.

5) Mandatory Condition — **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On October 2, 2019, the defendant tested positive for buprenorphine. The defendant admitted to the use of Suboxone. Laboratory testing confirmed new usage.

6) Mandatory Condition — **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On October 24, 2019, the defendant tested positive for buprenorphine. The defendant admitted to the use of Suboxone. Laboratory testing confirmed new usage.

7) Mandatory Condition — **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On November 5, 2019, the defendant tested positive for buprenorphine. The defendant denied new usage. Laboratory testing confirmed new usage.

8) Mandatory Condition — **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On November 18, 2019, the defendant tested positive for buprenorphine. The defendant admitted to the use of Suboxone. Laboratory testing confirmed new usage.

9) Mandatory Condition — **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On December 5, 2019, the defendant tested positive for buprenorphine. The defendant admitted to the use of Suboxon. Laboratory testing confirmed new usage.

| MSS Prob 12C Summons | Page 3 of 3 | Petition for Warrant or For Offender Under Supervision |
|---|---|---|

Name of Offender: WATTERS, David Brent     Case Number: 1:12cr33-HSO-RHW-13

10) Mandatory Condition — **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On January 17, 2020, the defendant tested positive for buprenorphine. The defendant admitted to the use of Suboxone. Laboratory testing confirmed new usage.

11) Mandatory Condition — **The defendant shall pay a $10,000.00 fine at a rate of no less than $150 a month.** The defendant has failed to make monthly payments as ordered by the Court.

Respectfully submitted,

Brandon R. Bang
U.S. Probation Officer
Date: January 23, 2020

Approved by:

Kurt Raymond
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☒ Issue an arrest warrant
☐ Issue a Summons for Hearing on _____
☐ Other

_____ 1/23/2020
Signature of Judicial Officer/Date